## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 496 EAL 2015

      Respondent

            :   Petition for Allowance of Appeal from
            :   the Order of the Superior Court

      v.

RASHEED GEY AKA RASHEED GUY,

      Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.